# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CLARENCE COWLEY, JR.**                                    **PLAINTIFF**

v.                          No. 3:19-cv-162-DPM

**MIDDLECOFF, Officer, Jonesboro**
**Police Department; JONESBORO**
**POLICE DEPARTMENT; and DOES**                             **DEFENDANTS**

## ORDER

**1.** Motion for status, № 3, granted. Cowley submitted a calculation sheet and certificate, № 2, but no application to procced *in forma pauperis*. Cowley must submit a signed application by 14 July 2019. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Cowley an *in forma pauperis* application with a copy of this Order. If the Court grants Cowley permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2019