IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLARENCE COWLEY, JR.                                          PLAINTIFF

v.                       No. 3:19-cv-162-DPM

MIDDLE COFF, Officer, Jonesboro
Police Department; JONESBORO
POLICE DEPARTMENT; and DOES                                   DEFENDANTS

## ORDER

Cowley hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*. № 5. Instead, his mail is being returned undelivered. № 6 & № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019