IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLARENCE COWLEY, JR.                                          PLAINTIFF

v.                          No. 3:19-cv-162-DPM

MIDDLE COFF, Officer, Jonesboro
Police Department; JONESBORO
POLICE DEPARTMENT; and DOES                                   DEFENDANTS

JUDGMENT

Cowley's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019